JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 23-5201 JGB (SPx)** | Date | October 5, 2026 |
|---|---|---|---|
| Title | ***Hashim Albalad Muhammad v. Newmarks Yacht Center, et al.*** | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: Order: (1) DISMISSING Plaintiff's Complaint (Dkt. No. 1); and (2) DIRECTING the Clerk to Close the Case (IN CHAMBERS)**

On June 30, 2023, Plaintiff Hashim Albalad Muhammad ("Plaintiff") filed a complaint pursuant to 42 U.S.C. § 1983. ("Complaint," Dkt. No. 1.) On September 6, 2024, Magistrate Judge Pym found the Complaint subject to dismissal and granted Plaintiff leave to amend the Complaint by October 7, 2024. (Dkt. No. 6.) On November 18, 2024, Magistrate Judge Pym ordered Plaintiff to, by December 9, 2024, file an amended complaint or show cause why the Complaint should not be dismissed for failure to prosecute. (Dkt. No. 7.)

As of the date of this Order, Plaintiff has not amended the Complaint or shown cause as to why the Complaint should not be dismissed for failure to prosecute. Accordingly, the Court **DISMISSES** the Complaint and **DIRECTS** the Clerk to close the case.

**IT IS SO ORDERED.**